■ In the Matter of KEVIN CLARK, Petitioner, v JOHN B. LEMPKE, Superintendent, Wende Correctional Facility, et al., Respondents. [33 NYS3d 804]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [John L. Michalski, A.J.], entered Oct. 7, 2015) to review determinations of respondents. The determinations found after tier II hearings that petitioner had violated various inmate rules.

It is hereby ordered that the determinations are unanimously confirmed without costs and the petition is dismissed. Present—Whalen, P.J., Peradotto, Lindley, DeJoseph and NeMoyer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MEL T. WILKINS, Also Known as MELZER WILKINS, Also Known as MELZEE WILKINS, Appellant. [33 NYS3d 804]—Appeal from a resentence of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered May 10, 2013. Defendant was resentenced upon his conviction of criminal possession of a weapon in the second degree.

It is hereby ordered that the resentence so appealed from is unanimously affirmed. Present—Whalen, P.J., Peradotto, Lindley, DeJoseph and NeMoyer, JJ.